The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 20, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 20, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO AT CLEVELAND

| | |
|---|---|
| In re: | CASE NO. 22-11450-aih |
| DONALD R MAY, JR. | CHAPTER 7 |
| Debtor | JUDGE ARTHUR I HARRIS |

**ORDER GRANTING MOTION OF U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT (Docket # 13)**

**8162 BROADMOOR RD, MENTOR, OH 44060**

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank National Association ("Movant") (Docket # 13), pertaining to real estate located at 8162 Broadmoor Rd, Mentor, OH 44060. Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the

relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 8162 Broadmoor Rd, Mentor, OH 44060.

# # #

SUBMITTED BY:

/s/ David C. Nalley
David C Nalley
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: 1-513-322-7000
facsimile: 513-322-7099

**Copies to:**

**Electronically Via ECF Mail:**

Heather L. Moseman, Debtor's Counsel
heather@mosemanlaw.com

Robert D. Barr , Bankruptcy Trustee
barr-trustee@koehler.law

U.S. Trustee
(Registered Address@usdoj.gov

David C. Nalley
ohbk@rslegal.com

**Regular US Mail**:

Donald R May, Jr., Debtor
8162 Broadmoor Road
Mentor, OH 44060