The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 3, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 3, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

466146-01 CJ                                                         CJ/cw

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) Case No. 22-11450 |
| | ) |
| Donald R. May Jr | ) Chapter 7 |
| | ) |
| Debtor | ) Judge Arhtur I. Harris |
| | ) |
| | ) ORDER GRANTING AMERICREDIT |
| | ) FINANCIAL SERVICES, INC. DBA GM |
| | ) FINANCIAL'S MOTION FOR RELIEF FROM |
| | ) STAY AND ABANDONMENT DOCKET #31 |
| | ) |
| | ) PROPERTY: |
| | ) ** 2019 GMC Terrain |
| | )     VIN: 3GKALTEV8KL106725 |

   This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Americredit Financial Services, Inc. dba GM Financial ("Movant") (Docket 31). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a

response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns to the 2019 GMC Terrain VIN: 3GKALTEV8KL106725.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property 2019 GMC Terrain VIN: 3GKALTEV8KL106725.

**The provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedures shall not apply and the relief granted shall become effective immediately upon entry of this Order.**

IT IS SO ORDERED

# # #

SUBMITTED BY:

/s/ Cynthia A. Jeffrey
Lindsey Hall (#0075152)
Cynthia A. Jeffrey (#0062718)
Daniel C. Wolters (#0076521)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com

## LIST OF PARTIES TO BE SERVED

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Robert D Barr on behalf of the Chapter 7 Trustee's office at barr-trustee@koehler.law

3. Heather L. Moseman on behalf of Donald R. May Jr, Debtor(s), at heather@mosemanlaw.com

4. Cynthia A. Jeffrey on behalf of Movant at bankruptcy@weinerlaw.com

And by regular U.S. mail, postage prepaid, to:

Donald R. May Jr
8162 Broadmoor Road
Mentor, OH 44060